# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruslan Akuev,<br><br>            Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., et al.,<br><br>            Respondents. | No. CV-26-02046-PHX-RM (MTM)<br><br>**ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  The Court directed Respondents to answer the Petition.  (Doc. 3.)  Respondents' response states that Respondents do not oppose Petitioner's request for release from custody.  (Doc. 11.)

The Court will grant the Petition, order Petitioner's immediate release, and deny any remaining claims as moot.

**IT IS ORDERED:**

1. The Magistrate Judge reference (Doc. 3) is **withdrawn**.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release and is otherwise denied as moot.

3. Respondents must **immediately release** Petitioner from custody under the same conditions that existed before Petitioner's detention.

4. Respondents must provide a notice of compliance within **three (3) days** of releasing Petitioner.

5.  The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of April, 2026.

_____
Honorable Rosemary Márquez
United States District Judge